[No. 31369-3-II.   Division Two.   July 26, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY TRAVIS COSSART, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 03-1-01298-0, Diane M. Woolard and John F. Nichols, JJ., entered January 27, 2004. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Armstrong, JJ.

[No. 31686-2-II.   Division Two.   July 26, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. FLOYD DONNELL GRIFFIN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-03732-3, Lisa R. Worswick, J., entered April 28, 2004. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater and Van Deren, JJ.

[No. 31690-1-II.   Division Two.   July 26, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. RUBEN JUAREZ CANDIA, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 03-1-02005-1, Robert L. Harris, J., entered April 16, 2004. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Morgan, J.; Quinn-Brintnall, C.J., dissenting.

[No. 31851-2-II.   Division Two.   July 26, 2005.]

NORTHWEST EDUCATION LOAN ASSOCIATION, *Respondent*, v. WASHINGTON STATE GRANGE, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 03-2-00282-5, Richard A. Strophy, J., entered June 7, 2004. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Morgan, A.C.J., and Armstrong, J.